General, for respondent. *Melvin L. Wulf* and *Sam Houston Clinton, Jr.,* for American Civil Liberties Union et al., as *amici curiae,* in support of the petition. ██

No. 1322, Misc. NEUENFELDT *v.* WISCONSIN. Sup. Ct. Wis. *Irving D. Gaines* for petitioner. ██

No. 1333, Misc. OPELA *v.* UNITED STATES. C. A. 5th Cir. Petitioner *pro se. Solicitor General Marshall* for the United States. ██

No. 1373, Misc. MORGAN *v.* UNITED STATES. C. A. 10th Cir. *Paul C. Duncan, Jr.,* for petitioner. *Solicitor General Marshall* for the United States. ██

No. 1378, Misc. BIRD *v.* ARIZONA. Sup. Ct. Ariz. *John J. Flynn* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent. ██

No. 1500, Misc. FREEMAN *v.* KANSAS. Sup. Ct. Kan. Petitioner *pro se. Robert D. Hecht* for respondent. ██

No. 1548, Misc. ATHERTON *v.* OREGON. Sup. Ct. Ore. Petitioner *pro se. George Van Hoomissen* and *George M. Joseph* for respondent. ██

No. 595, Misc. NELSON *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. *J. Perry Langford* for peti-

tioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David W. Halpin* and *George J. Roth,* Deputy Attorneys General, for respondent.

No. 538, Misc. SALDANA *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist.

No. 678, Misc. Ross *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 850, Misc. BAZAURE *v.* CALIFORNIA. Dist. Ct. App. Cal., 3d App. Dist. *Solie A. Abrams* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, *Edsel W. Haws,* Deputy Attorney General, for respondent.

No. 861, Misc. MOLINA *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 1002, Misc. KING ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Petitioners *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David S. Sperber,* Deputy Attorney General, for respondent.

No. 1053, Misc. DuBONT *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.

No. 1091, Misc. NYE *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney Gen-